# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

MICHAEL STARNES                                            PLAINTIFF

V.                                            CAUSE NO. 3:16-CV-00681-CWR-FKB

UNITED STATES OF AMERICA                           DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball, which was entered on May 15, 2017. Docket No. 20. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the defendant's motion to dismiss, or in the alternative, motion for summary judgment is denied without prejudice. The defendant shall answer or otherwise respond to the complaint within 20 days from the entry of this Order.

**SO ORDERED**, this the 9th day of June, 2017.

                                                           s/ Carlton W. Reeves
                                                           UNITED STATES DISTRICT JUDGE